**Fill in this information to identify the case:**

Debtor **T & M Geriatric Rehabilitation LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-41423-RFN**
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Public Accounts**

As of the petition filing date, the claim is: *Check all that apply.*

$0.00     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin     TX     78774-0100

Date or dates debt was incurred
_____

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Social Security Administration**

**PO Box 3430**

As of the petition filing date, the claim is: *Check all that apply.*

$1,965.71     $1,965.71

☐ Contingent
☐ Unliquidated
☐ Disputed

Philadelphia     PA     19122

Date or dates debt was incurred
_____

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

Basis for the claim:
**Overpayment**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __T & M Geriatric Rehabilitation LLC__    Case number (if known) __18-41423-RFN__

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,501.40 |

**4imprint, Inc.**

**25303 Network Place**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago** IL **60673-1253**

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**4Site Property Services**

**3505 Leith**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth** TX **76133**

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**A-ABC Air of Texas**

**8124 Ithaca St.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** TX **77017**

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,311.86 |

**Ability Network Inc.**

**Dept CH 16577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Palatine** IL **60055-6577**

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**                     Case number (if known) **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**Acadian Ambulance Service, Inc.**

**PO Box 92970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lafayette**          **LA**    **70509**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**AFCO**

**1932 Wynnton Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Columbus**          **GA**    **31999**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Affinity Carpet Cleaning Inc.**

**1123 West Rd., Ste. F**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**    **77038**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Aflac**

**1932 Wynnton Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Columbus**          **GA**    **31999**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known)  **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.06** |

**Airgas USA LLC**

**259 N Radnor-Chester Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chadds Ford**             **PA**     **19317**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alan Steinmetz**

**11810 Hommond Dr. Apt. 107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**             **TX**     **77065**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Allied World**

**1690 New Britain Ave., Ste. 101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Farmington**             **CT**     **06032**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.20** |

**Allyson Boyd**

**803 Grenshaw St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**             **TX**     **77088**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

Debtor **T & M Geriatric Rehabilitation LLC**    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$994.78

**Alwayscare Benefits, INC.**

**Dept. 1891 PO Box 2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Birmingham** AL 35287-1891 | **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Amera Medical Transportation**

**13155 Noel Rd #900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas** TX 75240 | **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

**American Express**

**PO Box 650448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas** TX 75265-0448 | **Miscellaneous charges**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$62,230.84

**Amerigroup RealSolutions**

**C/O Lamont, Hanley & Associates, Inc.**

**PO Box 179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Manchester** NH 03105 | **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Amy Baugh**

☐ Contingent
☐ Unliquidated
☐ Disputed

**95 West Drifting Shadows Circle**

Basis for the claim:
**Miscellaneous charges**

**The Woodlands**     **TX**    **77385**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Amy Smith**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Angella Knowles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,180.00** |

**Angilia Ramos**

☐ Contingent
☐ Unliquidated
☐ Disputed

**8735 Cypressbrook**

Basis for the claim:
**Miscellaneous charges**

**Houston**     **TX**    **77095**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.21** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Anisa Owens**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.22** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Annabel Langton**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.23** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Annie Sells**

**5630 Tautenhahn Rd.**

**Houston                    TX      77016**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.24** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Annie Smith**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known)    **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**    Nonpriority creditor's name and mailing address

**Antoine Willis**

**6920 TC Jester Blvd.**

**Houston**                        **TX**      **77091**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.26**    Nonpriority creditor's name and mailing address

**Applied Diagnostics Inc.**

**PO Box 421209**

**Houston**                        **TX**      **77242**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.27**    Nonpriority creditor's name and mailing address

**Ascentium Capital LLC**

**23970 Highway 59 North**

**Houston**                        **TX**      **77339**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.28**    Nonpriority creditor's name and mailing address

**Ascentium Capital, LLC**

**c/o Wright Law Group, PLLC**

**12620 FM 1960 Road West**

**Suite A-4, Box 304**

**Houston**                        **TX**      **77065**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor __T & M Geriatric Rehabilitation LLC__     Case number (if known) __18-41423-RFN__

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.29**   Nonpriority creditor's name and mailing address

__Ashiqueali Poonawala, M.D.__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.30**   Nonpriority creditor's name and mailing address

__Ashiqueali Poonawala, M.D.__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.31**   Nonpriority creditor's name and mailing address

__Ashiter Crockett__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.32**   Nonpriority creditor's name and mailing address

__Ashlie Agee__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

Debtor **T & M Geriatric Rehabilitation LLC**  Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Asif Cochinwala MD PA**

**21212 Northwest Freeway, Ste. 375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress** **TX** **77429-5890**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Assurant Employee Benefits**

**PO Box 807009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City** **MT** **64184-7009**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$212.11

**AT&T**

**PO Box 5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream** **IL** **60197-5001**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Atkinson Engineers**

**15425 North Freeway, Ste. 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** **TX** **77090**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor     **T & M Geriatric Rehabilitation LLC**        Case number (if known)    **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Avatar Computer Solutions Inc.**

**10330 Lake Road, Building L**

**Houston**        **TX**    **77070**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Baby Handsborough**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,438.45**

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Baudville, Inc.**

**5380 52nd Street SE**

**Grand Rapids**        **MI**    **49512**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$992.51**

---

| 3.40 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ben E. Keith**

**PO Box 901001**

**Fort Worth**        **TX**    **76140**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

Debtor __T & M Geriatric Rehabilitation LLC__   Case number (if known) __18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

__Benjamin Guevara__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

__Bennie Ferrell Catering__
__2425 West Loop, Ste. 200__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

__Houston__          __TX__   __77056__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,485.01** |

__Bestcare Laboratory Services LLC__
__202 N.Texas Ave., Ste. 100__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

__Webster__          __TX__   __77598__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

__Bethola Cabble__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.00** |

**Betsie Ramel**

**838 Leather Market St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77064 |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Beverly Robinson for Verna Gilbert**

**4737 Sea Ridge Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Fort Worth | TX | 76133 |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Biehl & Biehl**

**PO Box 87410**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 60188-7410 |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Biju Oommen, MDPA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**   Case number (if known) **18-41423-RFN**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Billie Gooch**

**12806 Ravensong Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston  TX 77429

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Billy Matthews**

**12307 Garden Laurel Ln.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston  TX 77014

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bing Entertainment**

**1202 1/2 W. 16th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Houston  TX 77008

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,589.40** |

**Biomedical Waste Solutions LLC**

**PO Box 1147**

**Dept. 7063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Port Neches  TX 77651

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.53** | Nonpriority creditor's name and mailing address |
|---|---|

**BioMonde US LLC**

**747 SW 2nd Ave.**

**Ste. 240, IMB#33**

**Gainesville**      **FL**    **32601**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| **3.54** | Nonpriority creditor's name and mailing address |
|---|---|

**Birch Communications, Inc.**

**140 Gateway Dr., Ste. A**

**Macon**      **GA**    **31210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,381.12**

---

| **3.55** | Nonpriority creditor's name and mailing address |
|---|---|

**Blanche Terry**

**4802 Beggs St.**

**Houston**      **TX**    **77009**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| **3.56** | Nonpriority creditor's name and mailing address |
|---|---|

**Blue Cross and Blue Shield**

**PO Box 731428**

**Dallas**      **TX**    **75373**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

Debtor **T & M Geriatric Rehabilitation LLC**      Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address

**Blue Cross Blue Shield**

**1001 Cross Blue Shield of Texas**

**Ste. A02.201**

**Richardson**     TX    75082

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.58**   Nonpriority creditor's name and mailing address

**Bluemoon Laundry Equipment**

**1326 Willersley Ln.**

**Channelview**     TX    77530

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.59**   Nonpriority creditor's name and mailing address

**Boss & Hughes**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,208.41**

---

**3.60**   Nonpriority creditor's name and mailing address

**Boyd Healthcare LLC**

**8613 Mid Cities Blvd., Ste. 200**

**North Richland Hills**     TX    76182

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$203,628.20**

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**BPG Skilled Care Development Ltd**

**PO Box 2207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

| Fort Smith | AR | 72902-2207 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Brad Thomas Beard, PC**

**8613 Mid Cities Boulevard, Suite 200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

| N. Richland Hills | TX | 76182 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Brenda Braun**

**134 Red Ripple Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous Charges**

| Houston | TX | 77076 |

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Brenda Holn**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous Charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **T & M Geriatric Rehabilitation LLC**    Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brenda Whitaker**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous Charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brian Lemelin**

**4103 Reynaldo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Spring**    **TX**    **77373**    **Miscellaneous Charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.36** |

**Briggs**

**PO Box 1355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Des Moines**    **IA**    **50305-1355**    **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brookside Memorial Park**

**13747 East Tex Frwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**    **TX**    **77039**    **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **T & M Geriatric Rehabilitation LLC**  Case number (if known)  **18-41423-RFN**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,742.91 |

**BSD Care, Inc.**

**2915 Ave. K**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Brooklyn**　　　　**NY**　**11210**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**C. Jean Minck, Attorney at Law**

**1520 East Highway 6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Alvin.**　　　　**TX**　**77511**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Callcare**

**PO Box 4651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Lancaster**　　　　**PA**　**17604-4651**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Careerbuilder.com**

**13047 Collection Center Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Chicago**　　　　**IL**　**60693-0130**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor   **T & M Geriatric Rehabilitation LLC**            Case number (if known)  **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.73** | Nonpriority creditor's name and mailing address |
|---|---|

**Carita Jackson**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| **3.74** | Nonpriority creditor's name and mailing address |
|---|---|

**Carla Williams**

**2831 Ivis Valley Way**

**Houston          TX      77038**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| **3.75** | Nonpriority creditor's name and mailing address |
|---|---|

**Carlos Palacios MD, PA**

**PO Box 11076**

**Spring          TX      77391**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| **3.76** | Nonpriority creditor's name and mailing address |
|---|---|

**Carol Marsh for Robert Sudds**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor    **T & M Geriatric Rehabilitation LLC**                          Case number (if known) **18-41423-RFN**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

**Carolyn Easley**

**11227 Tamworth Dr.**

**Houston**                    **TX**      **77016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

**Carrie Hillard**

**5511 Honey Mesquite Way**

**Katy**                    **TX**      **77494**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

**Cary Services**

**PO Box 5101**

**Abilene**                    **TX**      **79608**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

**Cassie Laughlin**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81**  Nonpriority creditor's name and mailing address

**Catalina Valdez**

**6603 Sutton Meadows Dr.**

**Houston, 77086**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.82**  Nonpriority creditor's name and mailing address

**Catina Robinson**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.83**  Nonpriority creditor's name and mailing address

**Cazetta Phophet**

**5518 Arapahoe**

**Houston**             **TX**      **77020**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.84**  Nonpriority creditor's name and mailing address

**CBeyond**

**PO Box 848432**

**Dallas**             **TX**      **75284-8432**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor __**T & M Geriatric Rehabilitation LLC**_____ Case number (if known) __**18-41423-RFN**____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

__Cecilia Howard for Bettye Burdick_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:
__Miscellaneous charges_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

__Centerpoint Energy_____

__PO Box 4981_____

__Houston_____ **TX** __77210-4981__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:
__Vendor_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

__Centers for Medicare & Medicaid Services___

__Division of Premium Billing and_____

__Collection_____

__Mail Stop C3-11-03 PO Box 7520_____

__Baltimore_____ **MD** __21207__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:
__Vendor_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

__Centrad Healthcare, LLC_____

__184 Shuman Blvd._____

__Naperville_____ **IL** __60563__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$718.83**

Basis for the claim:
__Vendor_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | T & M Geriatric Rehabilitation LLC | Case number (if known) | 18-41423-RFN |
| --- | --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.89** Nonpriority creditor's name and mailing address

**Central Business Marketing**

**9210 Cypress Creek Pkwy.**

**Houston**     **TX**     **77070**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,645.80**

---

**3.90** Nonpriority creditor's name and mailing address

**Certification Plus**

**18610 Tomato St.**

**Bldg. D**

**Spring**     **TX**     **77379**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$85.00**

---

**3.91** Nonpriority creditor's name and mailing address

**Champion EMS**

**12521 Fondren Rd. W.**

**Houston**     **TX**     **77035-5253**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.92** Nonpriority creditor's name and mailing address

**Chandra Garrett**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.93** Nonpriority creditor's name and mailing address

**Charlotte Grimes for Eva Grimes**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

**Charlotte Henson**

**808 Moody**

_____

_____

League               TX     77573

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

**Cherie McPike**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

**Cheryl Moore**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.97** Nonpriority creditor's name and mailing address

**Chopra Imaging Centers Inc.**

**Dept. 800 PO Box 4346**

| Houston | TX | 77210-4346 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,316.18

---

**3.98** Nonpriority creditor's name and mailing address

**Chopra Imaging Centers Inc.**

**PO Box 301103**

| Houston | TX | 77230-1130 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.99** Nonpriority creditor's name and mailing address

**Chris Hale & Co., Inc.**

**PO Box 8009**

| Greenville | TX | 75401 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.100** Nonpriority creditor's name and mailing address

**Chris McCarn**

**234 Greylake Pl.**

| The Woodlands | TX | 77354 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | T & M Geriatric Rehabilitation LLC | Case number (if known) | 18-41423-RFN |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101** Nonpriority creditor's name and mailing address

$0.00

Chris Walter

6735 Greenyard Dr.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston      TX      77086

Basis for the claim:
Miscellaneous charges

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

**3.102** Nonpriority creditor's name and mailing address

$0.00

Citibusiness Card

PO Box 78045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Phoenix      AZ      85062-8045

Basis for the claim:
Vendor

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

**3.103** Nonpriority creditor's name and mailing address

$0.00

Clara McCant

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Miscellaneous charges

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

**3.104** Nonpriority creditor's name and mailing address

$0.00

Clia Laboratory Program

PO Box 530882

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Atlanta      GA      30353

Basis for the claim:
Vendor

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Clyde Bustamento**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Clyde Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**CMS-Medicare**

**532 Riverside Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Jacksonville**          **FL**    **32202**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,143.25** |

**Comcast**

**PO Box 660618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Dallas**          **TX**    **75266-0618**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.109 | Nonpriority creditor's name and mailing address | | $26,564.65 |

__Commerce Bank__

__PO Box 419248__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Kansas City__            __MO__   __64141-6248__

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred _____

Last 4 digits of account number    __9__ __9__ __8__ __1__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | | $0.00 |

__Commerce Bank-Commercial Cards__

__PO Box 808009__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Kansas City__            __MT__   __64180__

Basis for the claim:
__Vendor__

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | | $495.85 |

__CompToday__

__PO Box 27887__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Salt lake City__            __UT__   __84127__

Basis for the claim:
__Vendor__

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | | $0.00 |

__Computrition Foodservice Software__

__8521 Fallbrook Ave., Ste. 100__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__West Hills__            __CA__   __91304__

Basis for the claim:
__Vendor__

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113** Nonpriority creditor's name and mailing address

**Concentra Medical Centers**

**PO Box 9005**

**Addison**      **TX**    **75006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$307.40**

---

**3.114** Nonpriority creditor's name and mailing address

**Concord EMS Inc.**

**PO Box 91159**

**Houston**      **TX**    **77291-1159**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.115** Nonpriority creditor's name and mailing address

**Conejos Landscaping Maintence**

**PO Box 95**

**South Houston**      **TX**    **77587**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.116** Nonpriority creditor's name and mailing address

**CPS Security**

**436 West Walnut St.**

**Gardena**      **CA**    **90248**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **T & M Geriatric Rehabilitation LLC**                     Case number (if known)  **18-41423-RFN**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,323.97 |
|---|---|---|---|

**Custom Medical Solutions**

**7100 Northland Circle N #410**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Brooklyn Park**          **MN**    **55428**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.118** | Nonpriority creditor's name and mailing address | | $8,618.55 |
|---|---|---|---|

**D&D Medical Equipment Inc.**

**2693 South Second St.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cabot**          **AR**    **72023**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.119** | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**D'Best Carpet Care Inc.**

**PO Box 7436**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**The Woodlands**          **TX**    **77387**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.120** | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Dahill**

**655 Richland Hills, Ste. 125**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**          **TX**    **78245**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| Debtor | __T & M Geriatric Rehabilitation LLC__ | Case number (if known) | __18-41423-RFN__ |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121** **Nonpriority creditor's name and mailing address**

__Dandam Yachit__

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$0.00

**3.122** **Nonpriority creditor's name and mailing address**

__Danielle King__

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$0.00

**3.123** **Nonpriority creditor's name and mailing address**

__Danny Johnson__

__201 Norview__

__Houston__          __TX__    __77022__

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$0.00

**3.124** **Nonpriority creditor's name and mailing address**

__Darlene Serrano for Mary Darby__

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$0.00

Debtor   **T & M Geriatric Rehabilitation LLC**                     Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                                **Amount of claim**

| 3.125 | Nonpriority creditor's name and mailing address |
|---|---|

**David Holt**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,825.95**

---

| 3.126 | Nonpriority creditor's name and mailing address |
|---|---|

**David Sammon**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.127 | Nonpriority creditor's name and mailing address |
|---|---|

**Dawn Dyer**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.128 | Nonpriority creditor's name and mailing address |
|---|---|

**Dawson Company**

**PO Box 21053**

**Houston**                          **TX**    **77226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$349.10**

Debtor    **T & M Geriatric Rehabilitation LLC**                          Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| **3.129**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Dawson Cook for LaDonna Cook**

**1111 Fallbrook Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **76038**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.130**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Dawson Safe & Lock**

**26309 I-45 North**

☐ Contingent
☐ Unliquidated
☐ Disputed

**The Woodlands**                    **TX**    **77380**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.131**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.67** |
|---|---|---|

**De Lage Landen**

**PO Box 41602**

**Philadelphia, PW 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.132**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**De Lage Landen Financial Services**

**111 Old Eagle School Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wayne**                    **PA**    **19087-1453**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**                     Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.133** Nonpriority creditor's name and mailing address

**Debra Bogany**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

**Delia Johnson**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

**Deluxe For Business**

**PO Box 742572**

Cincinnati                     OH     45274-2572

$25.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

**Deneice Hudson**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.137** Nonpriority creditor's name and mailing address

**$0.00**

**Dennis Abbs**

**PO Box 682412**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** TX 77268

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.138** Nonpriority creditor's name and mailing address

**$50.00**

**Dexter Simon**

**5818 Beall St.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** TX 77091

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.139** Nonpriority creditor's name and mailing address

**$0.00**

**Diagnostic Radiology**

**2600 N. Gessner, Ste. 150**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** TX 77080

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.140** Nonpriority creditor's name and mailing address

**$0.00**

**Diana Giguere**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor  **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.141** Nonpriority creditor's name and mailing address

**Diana Warner**

**5116 Bissonnet St. #428**

**Bellaire**                    **TX**    **77401**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.142** Nonpriority creditor's name and mailing address

**Diane O'Conner**

**1718 River Trail**

**Milwaukee**                    **WI**    **53223**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.143** Nonpriority creditor's name and mailing address

**Dianne Charles**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☒ No
☐ Yes

**$807.69**

---

**3.144** Nonpriority creditor's name and mailing address

**Dietitians for Healthcare, LLP**

**PO Box 1153**

**Bellaire**                    **TX**    **77402-1153**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.145** Nonpriority creditor's name and mailing address

**Direct Supply**

**6767 North Industrial Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

| Milwaukee | WI | 53223 |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

**DirectTV**

**PO Box 60036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,518.75**

| Los Angeles | CA | 90060 |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address

**DJ Big Romeo**

**14002 Crestbourne Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

| Houston | TX | 77014 |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

**Dominique Nash**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**            Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Summers, Tax Assessor-Collector**

**PO Box 4622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                TX      77210-4622**

Basis for the claim:
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald Rex, DDS**

**12702 North Freeway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                TX      77060**

Basis for the claim:
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donyelle Robinson for Mozell Mitchell**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dora Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.153** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Dora Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.154** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Dora Kwiatkoski**

**10233 O'Donnell Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Houston**               **TX**     **77076**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.155** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Dorothy Greer for Celester Greer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.156** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Dorothy Rosborough**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$145.64** |
|---|---|---|---|

**Dottie Vandergriff**

**PO Box 123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Caldwell                    TX        77836**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Doug Wooley**

**PO Box 82**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bew Waverly                 TX        77358**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$982.66** |
|---|---|---|---|

**E Plus Imaging VIII, LP**

**PO Box 306155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nashville                   TN        37230**

Basis for the claim:
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,555.52** |
|---|---|---|---|

**Ecolab Equipment Care**

**24673 Netweork Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago                     IL        60673-1246**

Basis for the claim:
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.161** Nonpriority creditor's name and mailing address

**Edward J. Rhee, M.D.**

**PO Box 4346, Dept. 801**

**Houston**      **TX**     **77210**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.162** Nonpriority creditor's name and mailing address

**EKO Construction Services**

**9802 Peachridge**

**Houston**      **TX**     **77070**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.163** Nonpriority creditor's name and mailing address

**Elaine Brock**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.164** Nonpriority creditor's name and mailing address

**ELLM Healthcare dba Highland Meadows**

**9109 Amelia Dr.**

**Anderson**      **TX**     **77830**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elnora Bolden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Empire Waste**

**PO Box 670147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**     **TX**    **77267**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Enchanted Construction Inc.**

**9109 Amelia Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Anderson**     **TX**    **77830**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Enchanted Construction Inc.**

**9109 Amelia Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Anderson**     **TX**    **77830**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.169** | Nonpriority creditor's name and mailing address |
|---|---|

**Encompass Group**

**Dept. 40254**

**PO Box 740209**

**Atlanta**          **GA**     **30374-0209**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

$0.00

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.170** | Nonpriority creditor's name and mailing address |
|---|---|

**Enterprise Refrigeration**

**PO Box 90475**

**Houston**          **TX**     **77290**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

$0.00

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.171** | Nonpriority creditor's name and mailing address |
|---|---|

**Erica Levenson**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.172** | Nonpriority creditor's name and mailing address |
|---|---|

**Errol White for Janice White**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173**   Nonpriority creditor's name and mailing address

**Estate of Ervin Boyd**

**11710 Bryonston Dr.**

**Houston**      **TX**    **77066**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.174**   Nonpriority creditor's name and mailing address

**Estate of James Rucker**

**11922 Elk Springs Dr.**

**Houston**      **TX**    **77067**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.175**   Nonpriority creditor's name and mailing address

**Estelle Kimble**

**10546 Bretton Dr.**

**Houston**      **TX**    **77016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.176**   Nonpriority creditor's name and mailing address

**Eva Doxey**

**5997 FM 2012 North**

**Overton**      **TX**    **75684**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.177**  Nonpriority creditor's name and mailing address

**Eva Grimes**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$1,261.19

**3.178**  Nonpriority creditor's name and mailing address

**Evelyn Chediar**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.179**  Nonpriority creditor's name and mailing address

**Evercare Hospice & Palliative Care**

**9702 Bissonnet, Ste. 2200 W**

**Houston**          **TX**    **77036**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.180**  Nonpriority creditor's name and mailing address

**Executive EMS LLC**

**2415 Hazyknoll**

**Houston**          **TX**    **77067**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.181**   Nonpriority creditor's name and mailing address

**Extreme Mechanical Corporation**

**18527 Denise Dale Ln.**

**Houston**                          **TX**        **77084**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$259.80**

---

**3.182**   Nonpriority creditor's name and mailing address

**Facilities Maintenance**

**HD Supply Facilities Maintence**

**PO Box 509058**

**San Diego**                        **CA**        **92150-9058**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.183**   Nonpriority creditor's name and mailing address

**Facility Solutions Group**

**PO Box 952143**

**Dallas**                            **TX**        **75395-2143**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$151.00**

---

**3.184**   Nonpriority creditor's name and mailing address

**Fall Brooks Nursing & Rehab Trust Accoun**

**1424 Fall Brook Dr.**

**Houston**                          **TX**        **77038**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                              Amount of claim

| **3.185** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,893.45** |
|---|---|---|

**Fallbrook UD**

**PO Box 680529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Houston**      **TX**    **77268-0529**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.186** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Fallbrook Utility District**

**PO Box 1368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Friendwood**      **TX**    **77549-1368**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.187** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Farmeretters**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.188** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$615.39** |
|---|---|---|

**Fedex**

**PO Box 660481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Dallas**      **TX**    **75266**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.189** Nonpriority creditor's name and mailing address

**Fire Safe Protection Services, LP**

**Dept. 620**

**Po Box 1759**

**Houston**                 **TX**    **77251-1759**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$632.19

**3.190** Nonpriority creditor's name and mailing address

**First Health Life & Health Texas**

**Medicare Concentration**

**PO Box 7247-6843**

**Philadelphia**                 **PA**    **19170-6843**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$8,417.22

**3.191** Nonpriority creditor's name and mailing address

**First Medical Respond**

**4625 North Freeway, Ste. 213**

**Houston**                 **TX**    **77022**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$13,304.37

**3.192** Nonpriority creditor's name and mailing address

**Forrest Sealy**

**8123 Garden Parks Drive**

**Houston**                 **TX**    **77075**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

Debtor __T & M Geriatric Rehabilitation LLC__     Case number (if known) __18-41423-RFN__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.193**   Nonpriority creditor's name and mailing address

Francesca Mbaba

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.194**   Nonpriority creditor's name and mailing address

Fred Morris

14009 Landfair

Houston     TX    77060

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.195**   Nonpriority creditor's name and mailing address

Freida Bookman

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.196**   Nonpriority creditor's name and mailing address

Frost Bank

PO Box 34746

San Antonio     TX    78265

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.197**   Nonpriority creditor's name and mailing address

**Garron Session**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.198**   Nonpriority creditor's name and mailing address

**Gemma Burchell**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.199**   Nonpriority creditor's name and mailing address

**Genene Taylor**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.200**   Nonpriority creditor's name and mailing address

**Generators of Houston**

**6106 Milwee Street**

Houston      TX    77092

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$8,309.11**

Debtor  **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.201**  Nonpriority creditor's name and mailing address

**Genuine Plumbing Services, LLC**

**17990 Deer Way**

**Conroe**                          **TX**   **77303**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,765.51**

---

**3.202**  Nonpriority creditor's name and mailing address

**George Collins**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.203**  Nonpriority creditor's name and mailing address

**George Little**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.204**  Nonpriority creditor's name and mailing address

**GI Specialists of Houston**

**PO Box 821389 Dept 1**

**Houston**                          **TX**   **77282**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.205** Nonpriority creditor's name and mailing address

**Giavanni Henry**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.206** Nonpriority creditor's name and mailing address

**Glayinka Akinfe**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.207** Nonpriority creditor's name and mailing address

**Gloria Carrasco**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$46.57

**3.208** Nonpriority creditor's name and mailing address

**Gloria Ramirez**
**222 Harkness**

**Houston          TX      77076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

Debtor **T & M Geriatric Rehabilitation LLC**                                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gloria Williams**

**103 E. Janisch**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX        77022**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,025.00** |
|---|---|---|---|

**Gracefully Nourished Inc.**

**1711 Calico Canyon Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pearland                    TX        77581**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gracen Hawley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grainger**

**Dept 852544725**

**PO Box 419267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City                MO        64141-6267**

Basis for the claim:
**Services and Materials**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **T & M Geriatric Rehabilitation LLC**                   Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.213**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$2,151.68**
                                                                *Check all that apply.*
**Green Mountain Energy**                                        ☐ Contingent
**PO Box 121233**                                               ☐ Unliquidated
                                                                ☐ Disputed

                                                                Basis for the claim:
**Dallas**                         **TX**   **75312**           **Services**

Date or dates debt was incurred    _____              Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number    __ __ __ __                  ☐ Yes


**3.214**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$8,452.25**
                                                                *Check all that apply.*
**Greenback Cost Recovery**                                      ☐ Contingent
**PO Box 22656**                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                Basis for the claim:
**Houston**                        **TX**   **77227**           **Services**

Date or dates debt was incurred    _____              Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number    __ __ __ __                  ☐ Yes


**3.215**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$0.00**
                                                                *Check all that apply.*
**Guillermo Martinez**                                           ☐ Contingent
**10115 W. Temple Drive**                                        ☐ Unliquidated
                                                                ☐ Disputed

                                                                Basis for the claim:
**Houston**                        **TX**   **77095**           **Miscellaneous charges**

Date or dates debt was incurred    _____              Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number    __ __ __ __                  ☐ Yes


**3.216**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$16,339.75**
                                                                *Check all that apply.*
**Gulf South Medical Supply**                                    ☐ Contingent
**PO Box 841968**                                               ☐ Unliquidated
                                                                ☐ Disputed

                                                                Basis for the claim:
**Dallas**                         **TX**   **75284**           **Services**

Date or dates debt was incurred    _____              Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number    __ __ __ __                  ☐ Yes

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.217** Nonpriority creditor's name and mailing address

Gwen Henderson

5414 Candletree

Houston                    TX      77091

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Miscellaneous charges

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.218** Nonpriority creditor's name and mailing address

Gwendolyn Jones

408 E. 33rd

Houston                    TX      77010

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Miscellaneous charges

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.219** Nonpriority creditor's name and mailing address

Harris County Constable

1001 Preston, Suite 800

Houston                    TX      77002

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Miscellaneous charges

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.220** Nonpriority creditor's name and mailing address

Harris County Fire Marshal

7701 Wilshire

Houston                    TX      77040

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor  **T & M Geriatric Rehabilitation LLC**

Case number (if known)  **18-41423-RFN**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.221**  Nonpriority creditor's name and mailing address

**Harris County Guardianship**

**2525 Murworth Drive**

Houston          TX      77054

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.222**  Nonpriority creditor's name and mailing address

**Harris County PID**

**10555 Northwest Freeway, Suite 120**

Houston          TX      77092

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.223**  Nonpriority creditor's name and mailing address

**Harvest Fresh Juice, LLC**

**PO Box 239**

Hallsville          TX      75650

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,211.55**

**3.224**  Nonpriority creditor's name and mailing address

**Haywood Butler**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225**  Nonpriority creditor's name and mailing address

**HD Supply Facilities Maintenance, Ltd.**

**PO Box 509058**

| San Diego | CA | 92150 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.226**  Nonpriority creditor's name and mailing address

**Health Sync Dental**

**4515 Yoakum Blvd.**

| Houston | TX | 77006 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.227**  Nonpriority creditor's name and mailing address

**Higginbotham**

**PO Box 908**

**500 W. 13th Street**

| Fort Worth | TX | 76102 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,140.00**

---

**3.228**  Nonpriority creditor's name and mailing address

**Hilary Beckett**

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor     **T & M Geriatric Rehabilitation LLC**     Case number (if known)  **18-41423-RFN**

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.229**  Nonpriority creditor's name and mailing address

**HLS Enterprises of TX**

**4600 Wright Road**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Stafford**                    **TX**     **77477**

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230**  Nonpriority creditor's name and mailing address

**Horn Inservices, Inc.**

**2014 Royal Downs**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00**

**Katy**                    **TX**     **77450**

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231**  Nonpriority creditor's name and mailing address

**Houston Chronicle**

**PO Box 80085**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Prescott**                    **AZ**     **86304**

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.232**  Nonpriority creditor's name and mailing address

**Houston Department of Health**

**PO Box 300008**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Houston**                    **TX**     **77230**

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.233** Nonpriority creditor's name and mailing address

**Houston Elvis**

**7126 Redding Road**

**Houston**     **TX**    **77036**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.234** Nonpriority creditor's name and mailing address

**Houston North West Medical Center**

**PO Box 849782**

**Dallas**     **TX**    **75284**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.235** Nonpriority creditor's name and mailing address

**Houston Stat Medical**

**PO Box 690654**

**Houston**     **TX**    **77269**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.236** Nonpriority creditor's name and mailing address

**Howard, Wershbale & Co.**

**23240 Chagrin Road, Suite 700**

**Cleveland**     **OH**    **44122**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) **18-41423-RFN** |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                    Amount of claim

**3.237**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

                                                         **$1,282.00**

**HS Providers Inc.**

☐ Contingent

**4515 Yoakum Blvd.**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Services**

**Houston**           **TX**    **77006**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.238**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

                                                              **$0.00**

**Ida Borden-Lewis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.239**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

                                                              **$0.00**

**Internal Revenue Service**

☐ Contingent

**PO Box 21126**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Income Tax**

**Philadelphia**        **PA**    **19114**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.240**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

                                                              **$0.00**

**Irene Tobin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.241** Nonpriority creditor's name and mailing address

**Iron Mountain, Inc.**

**PO Box 915004**

**Dallas**                         **TX**     **75391**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$124.07**

---

**3.242** Nonpriority creditor's name and mailing address

**Ivans**

**PO Box 850001**

**Orlando**                       **FL**     **32885**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.243** Nonpriority creditor's name and mailing address

**IWS Gas and Supply of Texas**

**125 Thruway Park**

**Broussard**                     **LA**     **70518-3602**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,030.14**

---

**3.244** Nonpriority creditor's name and mailing address

**J & J Communications**

**7909 Harborside Drive**

**Houston**                       **TX**     **77554**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.245** Nonpriority creditor's name and mailing address

**J Kulhanek Inc.**

**PO Box 1368**

**12138 Monticeto Lane**

**Stafford**     **TX**    **77477**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$400.00**

---

**3.246** Nonpriority creditor's name and mailing address

**Jackie Hawkins**

**20727 Dapples Ridge Way**

**Houston**     **TX**    **77338**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.247** Nonpriority creditor's name and mailing address

**Jackie Hawkins**

**20727 Dapples Ridge Way**

**Houston**     **TX**    **77338**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.248** Nonpriority creditor's name and mailing address

**James Davis**

**331 Champions Colony III**

**Houston**     **TX**    **77069**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.249** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 |

**James Johnson**

**8403 Snowbank Drive**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**        **TX**    **77064**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| | |
|---|---|
| **3.250** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 |

**James Loudermilk**

**2034 Oak Glen**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**McGregor**        **TX**    **76657**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| | |
|---|---|
| **3.251** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 |

**James Pike**

**7213 Misty Meadow Drive South**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**        **TX**    **76133**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| | |
|---|---|
| **3.252** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Unknown |

**James W. Cunningham, Trustee for**

**ProviderX of San Antonio, LLC**

**c/o Harris, Finley & Bogle, PC**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**777 Main Street, Suite 1800**

Basis for the claim:

**Fort Worth**        **TX**    **76102**

**Judgment**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor   **T & M Geriatric Rehabilitation LLC**               Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.253** Nonpriority creditor's name and mailing address

**Jamie Burnett**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.254** Nonpriority creditor's name and mailing address

**Janet Betz**

**13914 Tahoe Lane**

**Frisco**            **TX**   **75035**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.255** Nonpriority creditor's name and mailing address

**Janis Parker**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.256** Nonpriority creditor's name and mailing address

**Jarrar & Company Services, Inc.**

**9119 Emmott Road**

**Houston**            **TX**   **77040**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

**3.257**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                    **$0.00**
                                                                  Check all that apply.
**Jason C. Smith**                                                ☐ Contingent
**16966 Northchase Drive #604**                                   ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**Houston**                    **TX**    **77038**                **Miscellaneous charges**

Date or dates debt was incurred    _____               Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes


**3.258**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                    **$0.00**
                                                                  Check all that apply.
**Jeanette Brown**                                                ☐ Contingent
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
                                                                  **Miscellaneous charges**

Date or dates debt was incurred    _____               Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes


**3.259**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                    **$0.00**
                                                                  Check all that apply.
**Jennie Williams**                                               ☐ Contingent
**2056 Antoine #340**                                             ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**Houston**                    **TX**    **77056**                **Miscellaneous charges**

Date or dates debt was incurred    _____               Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes


**3.260**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                    **$611.61**
                                                                  Check all that apply.
**Jeremy Rudgers**                                                ☐ Contingent
**130 Sweetbriar Lane**                                           ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**Houston**                    **TX**    **78936**                **Miscellaneous charges**

Date or dates debt was incurred    _____               Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**      Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.261**   Nonpriority creditor's name and mailing address

**Jerry Williams**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.262**   Nonpriority creditor's name and mailing address

**Jessie Foroi**

**220 Fichter Street**

Houston      TX    77022

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.263**   Nonpriority creditor's name and mailing address

**Jimmeta Wyatt**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.264**   Nonpriority creditor's name and mailing address

**JL Gross & Company**

**12042 Blanco Road, Suite 306**

San Antonio      TX    78216

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$0.00

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.265** Nonpriority creditor's name and mailing address                                                               **$1,177.69**

**John Gordon**

**14209 Cashel Forest Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                    TX    77069**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.266** Nonpriority creditor's name and mailing address                                                               **$28.30**

**Johnnie Johnson**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.267** Nonpriority creditor's name and mailing address                                                               **$0.00**

**Johnny Fortune**

**1834 Laurel Rose Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                    TX    77014**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.268** Nonpriority creditor's name and mailing address                                                               **$0.00**

**Jomar Electrical Contractors**

**8515 E. North Belt Line**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Humble                     TX    77396**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**       Case number (if known)   **18-41423-RFN**

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

     Amount of claim

| | |
|---|---|
| **3.269**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

       **$0.00**

**Jon Shay Franklin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.270**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

       **$150.00**

**Jose Cordova**

**8513 Triola Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Houston**       **TX**    **77036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.271**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

       **$11,500.00**

**Joseph B. Guerrine MD**

**530 N. Sam Houston Parkway E., Suite 230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Houston**       **TX**    **77060**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.272**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

       **Unknown**

**Josephine Little**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **T & M Geriatric Rehabilitation LLC**                     Case number (if known)   **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Juan Avila**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KAC Electrical Services**
**9611 Galston Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring**                    **TX    77379**

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Karen Wormly**
**12202 Currin Forrest**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                   **TX    77044**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.68** |

**KCI USA**
**PO Box 301557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX    75303-1557**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 70

Debtor  **T & M Geriatric Rehabilitation LLC**  Case number (if known)  **18-41423-RFN**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.277**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**Keathley Patterson Electric Supply**

**7707 South Zero**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Fort Smith**    **TX**    **72903**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | |
|---|---|
| **3.278**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Unknown**

**Kennedy, Attorneys & Counselors at Law**

**12222 Merit Drive, #1750**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Dallas**    **TX**    **75251**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | |
|---|---|
| **3.279**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**Kenneth Stewart**

**11955 Steamboat Springs Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Houston**    **TX**    **77067**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | |
|---|---|
| **3.280**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**KFJ Medical Records Consulting**

**22910 Indian Ridge Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Katy**    **TX**    **77450**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **T & M Geriatric Rehabilitation LLC**      Case number (if known)  **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.281** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.97** |
|---|---|---|

**Kirby Restaurant Supply**

**809 S. Eastman Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview**      **TX**   **75602**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.282** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Kris Covington**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.283** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Kristina Gay**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.284** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Kristine Yaeger-Gay**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**La Gala Banquet Hall**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Labor Law Center, Inc.**

**12534 Valley View Street, Suite 134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

**Garden Grove          CA     92845-2006**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Larry Glass**

**10692 Hazelhurst Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

**Houston          TX     77043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**LaSundra Morris**

**7450 N. Shepherd Drive, Apt. 1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

**Houston          TX     77091**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.289** Nonpriority creditor's name and mailing address

**Latanna Winn**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.290** Nonpriority creditor's name and mailing address

**Law Office of Robert D. Akers**

**3116 W. 5th Street**

Fort Worth          TX      76107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.291** Nonpriority creditor's name and mailing address

**LC Baker**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.292** Nonpriority creditor's name and mailing address

**Leena Chacko MD PA**

**18 Nesting Crane Ct.**

Woodlands          TX      77389

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.293**    **Nonpriority creditor's name and mailing address**

**Lena Mclain**

**621 Fox Run Trail**

**Saginaw**      **TX**     **76179**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.294**    **Nonpriority creditor's name and mailing address**

**Leon Caldwell**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.295**    **Nonpriority creditor's name and mailing address**

**Leonicia Casarez**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.296**    **Nonpriority creditor's name and mailing address**

**Lescom Plumbing, Inc.**

**2010 North Houston Avenue**

**Humble**      **TX**     **77338**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor  **T & M Geriatric Rehabilitation LLC**          Case number (if known)  **18-41423-RFN**

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lezetta Golf**

**829 Enterprizes**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          TX    77088

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lillian Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Linda Chaney**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Linda Lesur**

**PO Box 1566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Missouri City**          TX    77459

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor    __T & M Geriatric Rehabilitation LLC__      Case number (if known)   __18-41423-RFN__

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.301**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__Linda Trout__

__2403 Meadow Tree Lane__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

__Spring__      __TX__    __77388__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**$0.00**

---

**3.302**   Nonpriority creditor's name and mailing address

__Linsey Whittaker__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Miscellaneous charges__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**$0.00**

---

**3.303**   Nonpriority creditor's name and mailing address

__LJB Consulting Inc.__

__1301 S. Bowen Road, Suite 435__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

__Arlington__      __TX__    __76013__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**$0.00**

---

**3.304**   Nonpriority creditor's name and mailing address

__LLW Consulting, Inc.__

__PO Box 16146__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

__Sugar Land__      __TX__    __77496__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**$0.00**

Debtor  **T & M Geriatric Rehabilitation LLC**                    Case number (if known)  **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.305**  Nonpriority creditor's name and mailing address

**Loftin Equipment**

**PO Box 10376**

Phoenix                    AZ        85064

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Materials**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.306**  Nonpriority creditor's name and mailing address

**Logo Stuff Inc.**

**20011 Cherry Oaks Lane**

Humble                    TX        77346

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$598.61

---

**3.307**  Nonpriority creditor's name and mailing address

**Lois Butti**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.308**  Nonpriority creditor's name and mailing address

**Lois Powers**

**722 E. 41st Street**

Houston                    TX        77022

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.309** Nonpriority creditor's name and mailing address

**Lolita Valliere**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.310** Nonpriority creditor's name and mailing address

**Lone Star Audiology Group LLC**
**888 Worcester Street**

Wellesley        MA      02482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.311** Nonpriority creditor's name and mailing address

**Lonestar Eye Care Group**
**25 Needham Street**

Newton        MA      02461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.312** Nonpriority creditor's name and mailing address

**Louetta Dental**
**1811 Louetta Rd**

Spring        TX      77388

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Lyndsay Pitlock**

**14422 Light Falls Court**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Cypress** | **TX** | **77429** |
|---|---|---|

**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

| **3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Managed Prescription Program**

**10860 N. Mavinee Drive**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Oro Valley** | **AZ** | **85737** |
|---|---|---|

**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

| **3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |
|---|---|---|---|

**Management & Network Services**

**4892 Blazer Parkway**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Dublin** | **OH** | **43017** |
|---|---|---|

**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

| **3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Margaret Charles**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Margaret McGrew**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Cruz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Silva**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariachi Cordova**

**8531 Triola Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX      77036**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.321**  Nonpriority creditor's name and mailing address

**Marian Armstrong**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.322**  Nonpriority creditor's name and mailing address

**Marilyn Glanary**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.323**  Nonpriority creditor's name and mailing address

**Marisol Bravo**

**7211 Northline Drive #817**

Houston          TX    77076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.324**  Nonpriority creditor's name and mailing address

**Mary A. Curry, MS, RD, LD**

**3211 Avondale**

Fort Worth          TX    76109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

Debtor __T & M Geriatric Rehabilitation LLC_____  Case number (if known) __18-41423-RFN_____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mary Ann McKenna**

**399 Airway**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston                          TX     77037

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mary Hamilton**

**7323 Parkes**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston                          TX     77088

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mary Johnson**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mary Stucey**

**727 Brushy Glen Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston                          TX     77073

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor __**T & M Geriatric Rehabilitation LLC**_____ Case number (if known) __**18-41423-RFN**_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.329** Nonpriority creditor's name and mailing address

**Mashannon Smith**

**10155 Bammel, Apt 803**

**Houston**        **TX**    **77086**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.330** Nonpriority creditor's name and mailing address

**Matera Paper Company**

**PO Box 200184**

**San Antonio**      **TX**    **78220-0184**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,974.75**

---

**3.331** Nonpriority creditor's name and mailing address

**Maximum Exposure**

**1904 McCleskey Court**

**Fort Worth**      **TX**    **76112**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.332** Nonpriority creditor's name and mailing address

**Mazariegos Humberto**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor __T & M Geriatric Rehabilitation LLC__     Case number (if known) __18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.333** Nonpriority creditor's name and mailing address

__McDuffie's Mortuary, Inc.__

__115 West Hamilton__

**Amount of claim: $0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Houston__          TX      77076

Basis for the claim:
__Services__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

__McKesson Medical Surgical Supply Inc.__

__PO Box 204786__

**Amount of claim: $84,882.53**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Dallas__          TX      75320-4786

Basis for the claim:
__Services__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

__Medbag Company__

__10713 RR 620 N., Suite 516__

**Amount of claim: $0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Austin__          TX      78726

Basis for the claim:
__Services__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

__Medicaid Services Plus, LLC__

__504 Arroyo Vista Drive__

**Amount of claim: $0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Manchaca__          TX      78652

Basis for the claim:
__Services__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.337**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Medical Technologies**

**401 W. College Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**
**Services**

**Lake Charles**          **LA**     **70605**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.338**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Medicare Part A**

**PO Box 3113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,227.27**

**Basis for the claim:**
**Services**

**Mechanicsburg**          **PA**     **17055-1828**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.339**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Medline**

**Dept. 1080**

**PO Box 121080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$72,266.90**

**Basis for the claim:**
**Services**

**Dallas**          **TX**     **75312**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.340**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Medline Industries, Inc.**

**c/o Greenstein & Kolker**

**1006 E. Cesar Chavez Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**
**Judgment**

**Austin**          **TX**     **78702**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __T & M Geriatric Rehabilitation LLC__ Case number (if known) __18-41423-RFN__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Medtran Services, LLC

10310 Antoine Blvd, Building B

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston      TX    77086

**Basis for the claim:**
Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.97 |

Mei Ng

20319 Linseed

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Spring      TX    77388

**Basis for the claim:**
Miscellaneous charges

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,847.99 |

Memorial Herman Hospital

PO Box 201367

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston      TX    77216

**Basis for the claim:**
Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,658.33 |

Memorial Hermann Health System

PO Box 301208

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dallas      TX    75303

**Basis for the claim:**
Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.345** Nonpriority creditor's name and mailing address

**Memorial Hermann Health System**

**PO Box 301208**

**Dallas**            **TX**    **75303**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$890.82

**3.346** Nonpriority creditor's name and mailing address

**Memorial Hermann Medical Group**

**PO Box 848662**

**Boston**            **MA**    **02284**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.347** Nonpriority creditor's name and mailing address

**Michael Krauel**

**4906 Charade Drive**

**Houston**            **TX**    **77066**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.348** Nonpriority creditor's name and mailing address

**Michael W. Hood**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

Debtor **T & M Geriatric Rehabilitation LLC**                  Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Louisville**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mickeys Trophy Shop**
**444 Front Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Laurel          MS     39440**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Midlothian Healthcare Center**
**900 George Hopper Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Midlothian          TX     76065**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Minnie Garner**
**4205 Lavendar**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Houston          TX     77026**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mobile Ophthalmic Unit**

**PO Box 296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Katy**          **TX**    **77492**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,582.63 |

**Mobilex USA**

**PO Box 17452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medical Services**

**Baltimore**          **MD**    **21297-1452**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,553.39 |

**MonarqRC**

**8521 Fallbrook Avenue, Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**West Hills**          **CA**    **91304**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Monica Green**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.357** Nonpriority creditor's name and mailing address

**Mutual of Omaha**

**PO Box 2147**

**Omaha**      **NE**    **68103**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.358** Nonpriority creditor's name and mailing address

**Nancy N. Gonzalez**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.359** Nonpriority creditor's name and mailing address

**National Ambulance Company**

**c/o Law Office of Kevin Michaels**

**888 Sam Houston Parkway, Suite 226**

**Houston**      **TX**    **77042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.360** Nonpriority creditor's name and mailing address

**National Care EMS**

**13228 Brookside Drive**

**Sugar Land**      **TX**    **77478**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,417.08**

---

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN__

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $479.90 |
|---|---|---|---|

**National Pen Holdings, LLC**

**12121 Scripps Summit Drive, Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**San Diego**    **CA**    **82131**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**NCC Dementia Practioners**

**1 A. Main Street, Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Sparta**    **NJ**    **07871**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $160.29 |
|---|---|---|---|

**Nephrology Dialysis and Transplantation**

**1416 La Concha Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Houston**    **TX**    **77054**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**New Lifestyles**

**4144 N. Central Expressway, Suite 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Dallas**    **TX**    **75204**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                         Amount of claim

---

**3.365**   Nonpriority creditor's name and mailing address

**New Trident Holdcorp**

**PO Box 17462**

**Baltimore**      **MD**    **21997**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.366**   Nonpriority creditor's name and mailing address

**Nicol N. Scales**

**PO Box 222288**

**Dallas**      **TX**    **75222**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,299.00**

---

**3.367**   Nonpriority creditor's name and mailing address

**Nikia Jones**

**17211 Valhallah Way**

**Houston**      **TX**    **77095**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$250.92**

---

**3.368**   Nonpriority creditor's name and mailing address

**Nishawni R. Whiteside**

**2421 Avalon Trace Lane**

**Pearland**      **TX**    **77581**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.369** Nonpriority creditor's name and mailing address

**Northwest Internal Medicine Specialists**

**13325 Hargrave, Suite 190**

**Houston**                    **TX        77070**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.370** Nonpriority creditor's name and mailing address

**Noveline Lewis**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.371** Nonpriority creditor's name and mailing address

**Novitas Solution Inc.**

**PO Box 3113**

**Mechanicsburg**                **PA        17055-1828**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,957.22**

---

**3.372** Nonpriority creditor's name and mailing address

**Occupational Health Centers of the South**

**PO Box 9005**

**Addison**                    **TX        75001**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|

**3.373** Nonpriority creditor's name and mailing address

**Ocie Brooks**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address

**Odyssey EMS**
**PO Box 671467**

Houston          TX     77267

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$13,259.10

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address

**Office Depot**
**PO Box 88040**

Chicago          IL     60680

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$5,600.79

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address

**Ola Richardson**
**17027 Vintage Wood Lane**

Spring          TX     77379

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **T & M Geriatric Rehabilitation LLC**                     Case number (if known)  **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.377**  Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:                                 **$0.00**
                                                                            *Check all that apply.*
**Omnicare Medical Supply**                                                 ☐ Contingent
**PO Box 809306**                                                           ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            Basis for the claim:
**Chicago**                    **IL**      **60680**                        **Services**

Date or dates debt was incurred          _____                        Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number      __ __ __ __                            ☐ Yes


**3.378**  Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:                                 **$0.00**
                                                                            *Check all that apply.*
**Omnicare Pharmacy**                                                       ☐ Contingent
**PO Box 715268**                                                           ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            Basis for the claim:
**Columbus**                   **OH**      **43271-5268**                   **Services**

Date or dates debt was incurred          _____                        Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number      __ __ __ __                            ☐ Yes


**3.379**  Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:                                 **$0.00**
                                                                            *Check all that apply.*
**Omnicare Respiratory Group**                                              ☐ Contingent
**PO Box 848507**                                                           ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            Basis for the claim:
**Dallas**                     **TX**      **75284**                        **Services**

Date or dates debt was incurred          _____                        Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number      __ __ __ __                            ☐ Yes


**3.380**  Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:                                 **$0.00**
                                                                            *Check all that apply.*
**One Step Diagnostic**                                                     ☐ Contingent
**11221 Katy Freeway, Suite 201**                                           ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            Basis for the claim:
**Houston**                    **TX**      **77079**                        **Services**

Date or dates debt was incurred          _____                        Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number      __ __ __ __                            ☐ Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.381**  Nonpriority creditor's name and mailing address

**$0.00**

**Orthopaedic Associates**

**PO Box 201576**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75320** |
|---|---|---|

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.382**  Nonpriority creditor's name and mailing address

**$0.00**

**Oscar Towns**

**1016 Richelien Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77018** |
|---|---|---|

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.383**  Nonpriority creditor's name and mailing address

**$0.00**

**Overton Leblanc**

**8923 Sunnywood Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77088** |
|---|---|---|

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.384**  Nonpriority creditor's name and mailing address

**$2,395.51**

**Pamela Atkins**

**12319 Right Oak Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77014** |
|---|---|---|

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.385** | Nonpriority creditor's name and mailing address |
|---|---|

**Pamela Brittain**

**5113 Wentworth**

**Fort Worth**          **TX**    **76132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

$0.00

---

| **3.386** | Nonpriority creditor's name and mailing address |
|---|---|

**Passadena Area Transportation, LP**

**PO Box 119**

**Baytown**          **TX**    **77522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

$59.85

---

| **3.387** | Nonpriority creditor's name and mailing address |
|---|---|

**Pat Foster**

**4818 Beechaven**

**Houston**          **TX**    **77053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

$0.00

---

| **3.388** | Nonpriority creditor's name and mailing address |
|---|---|

**Patient Point Hospital Solutions**

**11408 Otter Creek South Road**

**Mabelvale**          **AR**    **72103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

$4,481.95

---

Debtor  **T & M Geriatric Rehabilitation LLC**  Case number (if known)  **18-41423-RFN**

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.389**   Nonpriority creditor's name and mailing address

**Patricia Elonu**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.390**   Nonpriority creditor's name and mailing address

**Patricia Garner**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.391**   Nonpriority creditor's name and mailing address

**Patterson Medical**

**PO Box 93040**

Chicago               IL     60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$416.25**

**3.392**   Nonpriority creditor's name and mailing address

**Paul L. Jackson**

**PO Box 1616**

Houston               TX     77251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor __T & M Geriatric Rehabilitation LLC_____     Case number (if known) __18-41423-RFN__

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Paul Wright

1342 Twinbrooke Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                          TX      77088

Basis for the claim:
Miscellaneous charges

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Pay Junction

1620 Dodge Street

Omaha, NE

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Paychex Human Resources Services

1175 John Street

☐ Contingent
☐ Unliquidated
☐ Disputed

West Henrietta                   GA      14586

Basis for the claim:
Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Paycom Payroll LLC

7501 W. Memorial Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Oklahoma City                    OK      73142

Basis for the claim:
Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.397 | Nonpriority creditor's name and mailing address |
|---|---|

**Payroll Taxes**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address |
|---|---|

**Pearl Murray**

**4115 Littleberry Road**

**Houston**    **TX**    **77088**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address |
|---|---|

**Pearl Walker Jones**

**1038 Mosher Lane**

**Houston**    **TX**    **77088**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address |
|---|---|

**Pedro Enriguez**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.401** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$956.52** |
|---|---|---|---|---|

**Petetrice Winslow**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.402** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$32,477.09** |
|---|---|---|---|---|

**Pharmacy Care USA of Houston**

**PO Box 265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Hydro     OK    73048

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.403** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Pharmacy Concepts, Ltd.**

**c/o Law Office of Abigail Foreman**

**4009 Old Denton Road, Suite 114-312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Judgment**

Carrollton     TX    75007

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.404** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$482,013.95** |
|---|---|---|---|---|

**Pharmacy Concepts, Ltd.**

**610 Magic Mile Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Arlington     TX    76011

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __T & M Geriatric Rehabilitation LLC_____ Case number (if known) __18-41423-RFN__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Phillippa Roberts**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Piland Adams and Associates**
**PO Box 119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**La Grange            TX      78945**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pittsburph Paints**
**PO Box 676340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Dallas            TX      75267**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Polar Air Corp**
**PO Box 630007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Houston            TX      77263**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor  **T & M Geriatric Rehabilitation LLC**  Case number (if known) **18-41423-RFN**

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.409 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$1,455.63** |

**Positive Promotions**

**15 Gilpin Avenue**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Hauppauge**  **NY**  **11788**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.410 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$0.00** |

**Pro Steam**

**212 E. Main Street**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tomball**  **TX**  **77375**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.411 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$0.00** |

**Procare Orthotics & Prost**

**8974 Kirby Drive**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**  **TX**  **77054**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.412 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$0.00** |

**Professional Clinical Lab**

**3020 Wichita Court**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**  **TX**  **76140**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor  **T & M Geriatric Rehabilitation LLC**          Case number (if known)  **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.413** Nonpriority creditor's name and mailing address

**Professional Imaging**

**6078 Bridgeview Drive**

**Ventura**      **CA**    **93003-1126**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,431.87**

---

**3.414** Nonpriority creditor's name and mailing address

**Prolab**

**3020 Wichita Court**

**Fort Worth**      **TX**    **76140**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,859.24**

---

**3.415** Nonpriority creditor's name and mailing address

**Providerx of San Antonio**

**PO Box 2176**

**Forney**      **TX**    **75126**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,576.63**

---

**3.416** Nonpriority creditor's name and mailing address

**Provimed**

**1114 42nd Street**

**Brooklyn**      **NY**    **11219**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.69**

---

Debtor    **T & M Geriatric Rehabilitation LLC**        Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PSH Holdings**

**780 Deltona Blvd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Deltona**    FL    32725

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| **3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quality Picc Plus**

**PO Box 1745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pearland**    TX    77584

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| **3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rae Feaster**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| **3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ray Baker**

**3203 Lantern Bay Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Katy**    TX    77449

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

Debtor   __T & M Geriatric Rehabilitation LLC__         Case number (if known)   __18-41423-RFN__

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
|---|---|---|

**3.421**  Nonpriority creditor's name and mailing address

__Raymark Air Conditioning & Heating__

__PO Box 168__

__Porter__                     __TX__     __77365__

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.422**  Nonpriority creditor's name and mailing address

__Recover Care__

__6416 Long Avenue, Suite 2__

__Shawnee__                  __KS__     __66216__

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.423**  Nonpriority creditor's name and mailing address

__Red Oak Uniforms & Medical Supply__

__850 FM 1960 West, Suite S__

__Houston__                  __TX__     __77090__

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.424**  Nonpriority creditor's name and mailing address

__Redwood Biotech__

__PO Box 14327__

__Santa Rosa__               __CA__     __95402__

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **T & M Geriatric Rehabilitation LLC**        Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.425** Nonpriority creditor's name and mailing address

**Rehabcare Group East, Inc.**

**c/o Quiling, Selander, Lownds, et al**

**2001 Bryan Street, Suite 1800**

**Dallas**        **TX**   **75201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.426** Nonpriority creditor's name and mailing address

**RehabCare, Inc.**

**7733 Forsyth Blvd., Suite 1700**

**St. Louis**        **MO**   **63105**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,910,359.59**

---

**3.427** Nonpriority creditor's name and mailing address

**Relia Fitzgerald**

**903 South Virginia Street**

**Port Lavaca**        **TX**   **77979**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,237.36**

---

**3.428** Nonpriority creditor's name and mailing address

**Reshawnda Pryor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.429** | Nonpriority creditor's name and mailing address | | **$3,475.65** |
|---|---|---|---|

**Richard Williams**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.430** | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Richard's Safe & Lock**

**1424A FM 1960 West**

Houston        TX    77090

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.431** | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Rick Garza**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.432** | Nonpriority creditor's name and mailing address | | **$27.39** |
|---|---|---|---|

**Robert J. Cornel, MD**

**1315 St. Joseph Parkway, Suite 1700**

Houston        TX    77002

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __T & M Geriatric Rehabilitation LLC__ Case number (if known) __18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |

**3.433** Nonpriority creditor's name and mailing address

**Robert Sudds**

**7210 Northline Drive**

**Houston** **TX** **77076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.434** Nonpriority creditor's name and mailing address

**Rod Collins**

**11346 White Gate Lane**

**Houston** **TX** **77067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.435** Nonpriority creditor's name and mailing address

**Rolanda Parker**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.436** Nonpriority creditor's name and mailing address

**Ron Dolford**

**233 Hampton Lane**

**Beaumont** **TX** **77707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **T & M Geriatric Rehabilitation LLC**      Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.437**   **Nonpriority creditor's name and mailing address**

**Ronald Hyatt**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.438**   **Nonpriority creditor's name and mailing address**

**Ronald Palmer**

**1424 Fallbrook Drive**

**Houston**     **TX**   **77073**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.439**   **Nonpriority creditor's name and mailing address**

**Rosa Garcia**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.440**   **Nonpriority creditor's name and mailing address**

**Rose Orosco**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor __T & M Geriatric Rehabilitation LLC__     Case number (if known) __18-41423-RFN__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.441 | Nonpriority creditor's name and mailing address |
|---|---|

**Rose Wiltz**

**3411 Love Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$647.63

__Houston__    __TX__    __77026__

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.442 | Nonpriority creditor's name and mailing address |
|---|---|

**Rosetta Wilson**

**6606 Cathcart Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

__Houston__    __TX__    __77091__

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.443 | Nonpriority creditor's name and mailing address |
|---|---|

**RPS Worldwide**

**3700 34th Street, Suite 130**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

__Orlando__    __FL__    __32805__

Basis for the claim:
**Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.444 | Nonpriority creditor's name and mailing address |
|---|---|

**RX Catering**

**9127 Stella Link Road**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

__Houston__    __TX__    __77025__

Basis for the claim:
**Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **T & M Geriatric Rehabilitation LLC**                       Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.445** Nonpriority creditor's name and mailing address

**Rxperts Pharmacy**

**8700 Jameel Road, Suite 150**

**Houston**         **TX**    **77040**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,434.77**

---

**3.446** Nonpriority creditor's name and mailing address

**S&S Worldwide**

**PO Box 210**

**Hartford**         **CT**    **06141**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.447** Nonpriority creditor's name and mailing address

**Sabrina Bates**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.448** Nonpriority creditor's name and mailing address

**Saddlebrook Pharmacy**

**25201 Kuykendahl Road, Suite 300**

**Tomball**         **TX**    **77375**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$165.39**

---

Debtor    **T & M Geriatric Rehabilitation LLC**        Case number (if known)   **18-41423-RFN**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.449** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sammons Preston**

**PO Box 93040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Chicago      IL    60673

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.450** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sandra Goode**

**7722 Breezeway Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Houston      TX    77040

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.451** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sarah Hunter**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.452** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Scott B. Retzloff & Associates**

**PO Box 790830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

San Antonio      TX    78279

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **T & M Geriatric Rehabilitation LLC**          Case number (if known)   **18-41423-RFN**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.453**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.453**  Nonpriority creditor's name and mailing address

**Scott Equipment, Inc.**

**5612 Mitchelldale**

**Houston**                     **TX**     **77092**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,078.12**

---

**3.454**  Nonpriority creditor's name and mailing address

**Selena Hawkins**

**1415 West Gulf Bank Road #1605**

**Houston**                     **TX**     **77088**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.455**  Nonpriority creditor's name and mailing address

**Shalonda Daniel**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.456**  Nonpriority creditor's name and mailing address

**Shameu Spivey**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **T & M Geriatric Rehabilitation LLC**  Case number (if known) **18-41423-RFN**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.457** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

**$0.00**

**Shandra Davis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

**3.458** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

**$0.00**

**Shanta Neal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

**3.459** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

**$0.00**

**Sharon Covington**

**1814 Wildbrook Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Houston**            **TX**    **77038**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

**3.460** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

**$0.00**

**Sharon Hyatt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.461 | Nonpriority creditor's name and mailing address |
|---|---|

**Sharon Kirksey**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address |
|---|---|

**Shelly Broussard**

$79.35

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.463 | Nonpriority creditor's name and mailing address |
|---|---|

**Shemeika Wilturner**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.464 | Nonpriority creditor's name and mailing address |
|---|---|

**Sherri C. Blackwell**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **T & M Geriatric Rehabilitation LLC**                     Case number (if known) **18-41423-RFN**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,276.34 |
|---|---|---|---|

**Sherwin Williams**

**11226 Leo Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                     TX    75229

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.63 |
|---|---|---|---|

**SimpleLTC, Inc.**

**2435 N. Central Expressway, Suite 1510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Richardson**                     TX    75080

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,775.81 |
|---|---|---|---|

**Skelton Business Equipment**

**901 W. Main**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tomball**                     TX    77375

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smart Choice Plumbing**

**4101 Rice Drier Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pearland**                     TX    77581

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

Debtor __T & M Geriatric Rehabilitation LLC__                  Case number (if known) __18-41423-RFN__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Solutions Medical Group, PLLC**

**PO Box 20604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

Houston               TX      77225

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,781.34** |
|---|---|---|---|

**Southeast Texas Pest Control**

**PO Box 390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

Liberty               TX      77575

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.471** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,373.25** |
|---|---|---|---|

**Southwaste Disposal LLC**

**PO Box 53988**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

Lafayette               LA      70505

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.472** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Southwest Regional EMS**

**16617 West Hardy Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Medical Services**

Houston               TX      77060

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.473**   Nonpriority creditor's name and mailing address

**Specialized Medical Services**

**7237 Solution Center**

**Chicago**     **IL**     **60677**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.474**   Nonpriority creditor's name and mailing address

**Stamps.com**

**1990 E. Grand Avenue**

**El Segundo**     **CA**     **90245-5013**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$79.95**

**3.475**   Nonpriority creditor's name and mailing address

**Staples**

**PO Box 95708**

**Chicago**     **IL**     **60694-5708**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$583.40**

**3.476**   Nonpriority creditor's name and mailing address

**Stasio & Stasio, P.C.**

**303 Main Street, Suite 302**

**Fort Worth**     **TX**     **76105**

Date or dates debt was incurred   **04/10/2018**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie A. Mars**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Aleman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Nuels**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stericycle Inc.**

**28161 N. Kieth Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Lake Forest**     **IL**    **60045**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known)  **18-41423-RFN**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.481**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  **$0.00**
                                                                        Check all that apply.
**Steve Sisk**                                                          ☐ Contingent
**PO Box 989**                                                          ☐ Unliquidated
                                                                        ☐ Disputed

                                                                        Basis for the claim:
**Azle**                          **TX**    **76098**                   **Miscellaneous charges**

Date or dates debt was incurred   _____                       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                           ☑ No
                                                                        ☐ Yes

---

**3.482**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  **$179.38**
                                                                        Check all that apply.
**Stone River Pharmacy Solutions**                                      ☐ Contingent
**PO Box 504591**                                                       ☐ Unliquidated
                                                                        ☐ Disputed

                                                                        Basis for the claim:
**Saint Louis**                   **MO**    **63150**                   **Services**

Date or dates debt was incurred   _____                       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                           ☑ No
                                                                        ☐ Yes

---

**3.483**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  **$1,900.00**
                                                                        Check all that apply.
**Storm-Tex Services**                                                  ☐ Contingent
**19595 Wied Road**                                                     ☐ Unliquidated
                                                                        ☐ Disputed

                                                                        Basis for the claim:
**Spring**                        **TX**    **77388**                   **Services**

Date or dates debt was incurred   _____                       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                           ☑ No
                                                                        ☐ Yes

---

**3.484**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  **$939.07**
                                                                        Check all that apply.
**Streets DME**                                                         ☐ Contingent
**1320 Highway 3 South, Suite C-3**                                     ☐ Unliquidated
                                                                        ☐ Disputed

                                                                        Basis for the claim:
**League City**                   **TX**    **77573**                   **Services**

Date or dates debt was incurred   _____                       Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                           ☑ No
                                                                        ☐ Yes

---

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.485** Nonpriority creditor's name and mailing address

**Sun Coast Resources Inc.**

**PO Box 202603**

**Dallas** **TX** **75320**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.486** Nonpriority creditor's name and mailing address

**Susan Viviano**

**2514 Willowby**

**Houston** **TX** **77008**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.487** Nonpriority creditor's name and mailing address

**Tallwood Medical Equipment**

**1285 N. Post Oak, Suite 190**

**Houston** **TX** **77055**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$4,064.32**

---

**3.488** Nonpriority creditor's name and mailing address

**TCC Lease**

**23669 Washington Street**

**Independence** **WI** **54747**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **T & M Geriatric Rehabilitation LLC**          Case number (if known) **18-41423-RFN**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.489**  Nonpriority creditor's name and mailing address | **$0.00** |

**Ted Thornell**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.490**  Nonpriority creditor's name and mailing address | **$0.00** |

**Tenny Groaning**

**472 CR 2313**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Dayton          TX      77535**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.491**  Nonpriority creditor's name and mailing address | **$629,136.81** |

**Terence Boyd**

**1870 South John King Blvd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Rockwall          TX      75032**

Basis for the claim:
**Loan**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.492**  Nonpriority creditor's name and mailing address | **$0.00** |

**Terri Holloway**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor | **T & M Geriatric Rehabilitation LLC** | Case number (if known) | **18-41423-RFN** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.493** Nonpriority creditor's name and mailing address

**Texas Department of Disability and Aging**

**PO Box 149030**

**Austin**      **TX**     **78714**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,250.00**

---

**3.494** Nonpriority creditor's name and mailing address

**Texas Firelogix, LLC**

**381 Riverwood Drive**

**Huntsville**      **TX**     **77320**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.495** Nonpriority creditor's name and mailing address

**Texas Pain Solutions**

**11037 FM 1960 W., Suite B1**

**Houston**      **TX**     **77065**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,226.21**

---

**3.496** Nonpriority creditor's name and mailing address

**The Austin Artery**

**1416 Elm Brook Drive**

**Austin**      **TX**     **78758**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$65.00**

---

Debtor    **T & M Geriatric Rehabilitation LLC**                    Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.497 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**The Rose Foundation**

**201 4th Street, Suite 102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oakland**                    **CA    94607**

Basis for the claim:
**Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.498 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    **$150.00**

**The Tony Mac Show**

**3131 FM 2920 Road, Apt. D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring**                    **TX    77388**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.499 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Thomas Cooper**

**5812 Irvington Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX    77009**

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.500 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tina Vasquez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **T & M Geriatric Rehabilitation LLC**                Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.501** Nonpriority creditor's name and mailing address

**Total Fire & Safety**

**7909 Carr Street**

**Dallas**                **TX**        **75227**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,892.50**

---

**3.502** Nonpriority creditor's name and mailing address

**Trinka Kaough**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.503** Nonpriority creditor's name and mailing address

**Triumph Healthcare Finance**

**PO Box 1030**

**852 Middle Road**

**Bettendorf**                **IA**        **52722**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.504** Nonpriority creditor's name and mailing address

**Troyetta Lopez**

**10129 Inwood Hollow Lane**

**Houston**                **TX**        **77088**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
| --- | --- |
| **3.505**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**U-Stor Champions**

**13800 Veterans Memorial Drive**

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| **Houston** | **TX** | **77014** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.506**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| --- | --- |

**Ultimate Cleaning**

**15957 Kuykendahl**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| **Houston** | **TX** | **77068** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.507**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| --- | --- |

**Ultra Chem Inc.**

**PO Box 3717**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| **Shawnee Mission** | **KS** | **66203** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.508**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| --- | --- |

**University General Hospital**

**PO Box 223798**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| **Pittsburgh** | **PA** | **15251** |
| --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**        Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                          Amount of claim

**3.509** Nonpriority creditor's name and mailing address

**UNVM Life Insurance Company of America**

**PO Box 409548**

**Atlanta**                **GA**     **30384**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                      **$6,165.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.510** Nonpriority creditor's name and mailing address

**US Foods**

**PO Box 840396**

**Dallas**                **TX**     **75284**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                      **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.511** Nonpriority creditor's name and mailing address

**US Security Gate, LLC**

**16902 Cooper Shore Drive**

**Houston**             **TX**     **77095**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.512** Nonpriority creditor's name and mailing address

**Val-U-Chem**

**PO Box 82310**

**Phoenix**              **AZ**     **85071**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                      **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **T & M Geriatric Rehabilitation LLC**     Case number (if known) **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.513** Nonpriority creditor's name and mailing address

**Valdate Telecom**

**515 A. S. Fry Road, Suite 147**

**Katy                    TX     77450**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.514** Nonpriority creditor's name and mailing address

**Valir Health Consultation & Billing Serv**

**700 NW 7th, Suite 100**

**Oklahoma City          OK     73102**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$62,375.00

---

**3.515** Nonpriority creditor's name and mailing address

**Venco**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.516** Nonpriority creditor's name and mailing address

**Vennita Cook**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **T & M Geriatric Rehabilitation LLC**        Case number (if known)   **18-41423-RFN**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.517** Nonpriority creditor's name and mailing address | **$375.00** |

**3.517**   Nonpriority creditor's name and mailing address

**Ventilation Services**

**4930 Dacoma Street, Suite K**

**Houston**      **TX**    **77092**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $375.00**

---

**3.518**   Nonpriority creditor's name and mailing address

**Vicki Randle**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.519**   Nonpriority creditor's name and mailing address

**Victor Kingston**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.520**   Nonpriority creditor's name and mailing address

**Virginia Wheelis**

**13615 Shelton Grove Drive**

**Houston**      **TX**    **77070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $0.00**

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vonco Products, Inc.**

**201 Park Ave.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Lake Villa** | **IL** | **60046** |

Basis for the claim: **Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Walmart**

**PO Box 530927**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Atlanta** | **GA** | **30353** |

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wanda Davis**

**12051 Swords Creek**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77067** |

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wanda Williams**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Miscellaneous charges**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **T & M Geriatric Rehabilitation LLC**  Case number (if known) **18-41423-RFN**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Waring Factory Services**

**314 Ella T. Grasso Avenue**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Torrington  GA  06790

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.05 |

**Waste Management of Texas**

**PO Box 660345**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Dallas  TX  75266

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.93 |

**Waukesha Pearce Industries**

**PO Box 204116**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Dallas  TX  75320

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wellcare Health Plans**

**PO Box 8500-7296**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Philadelphia  PA  19178

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor　__T & M Geriatric Rehabilitation LLC__　　　　Case number (if known)　__18-41423-RFN__

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Wells Fargo__

__5302 FM 1960 Road West__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Miscellaneous charges__

__Houston__　　　　__TX__　　__77069__

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.530 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$21,550.90

__Wescom Solutions__

__PO Box 674802__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Services__

__Detroit__　　　　__MI__　　__48267-4802__

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.531 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__William R. Holden, RHIT__

__1707 Post Oak Blvd., No. 512__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Services__

__Houston__　　　　__TX__　　__77056__

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.532 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Willowbrook Medical Complex__

__13325 Hargrove Road, Suite 180__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Services__

__Houston__　　　　__TX__　　__77070__

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.533**   **Nonpriority creditor's name and mailing address**

**X-Ray X-Press**

**PO Box 301103**

**Houston**      **TX**    **77230**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,014.89

---

**3.534**   **Nonpriority creditor's name and mailing address**

**Yolanda Campa**

**3907 Parker Road**

**Houston**      **TX**    **77093**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.535**   **Nonpriority creditor's name and mailing address**

**Yolanda Conner-Smith**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.536**   **Nonpriority creditor's name and mailing address**

**Yvette Flauta**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Miscellaneous charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.537 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**Yvonne Nicolas**

**7113 Gracia Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Miscellaneous charges**

**Houston**      **TX**    **77076**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.538 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**Zane Enterprises**

**8149 Santa Monica Blvd, Suite 325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**West Hollywood**      **CA**    **90046**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **T & M Geriatric Rehabilitation LLC**      Case number (if known)   **18-41423-RFN**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**    **Frost Bank**

     **c/o Adams, Lynch & Loftin, PC**

     **3950 Highway 360**

     **Grapevine**      **TX**      **76051-6741**

Line _____

☑ Not listed. Explain:

**Notice Only**

___ ___ ___ ___

Debtor  **T & M Geriatric Rehabilitation LLC**                    Case number (if known)  **18-41423-RFN**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                        **Total of claim amounts**

5a.  **Total claims from Part 1**                                  5a.                     $1,965.71

5b.  **Total claims from Part 2**                                  5b. **+**            $3,979,781.48

5c.  **Total of Parts 1 and 2**                                    5c.                 $3,981,747.19
     Lines 5a + 5b = 5c.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **T & M Geriatric Rehabilitation LLC**                     CASE NO    **18-41423-RFN**

                                                                  CHAPTER    **7**

*AMENDED 5/30/2018*
**VERIFICATION OF CREDITOR MATRIX**


     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  5/30/2018 _____        Signature  __*/s/ Terence N. Boyd*_____
                                                    *Terence N. Boyd*
                                                    *President*


Date _____        Signature _____

Commerce Bank
PO Box 419248
Kansas City, MO 64141-6248


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Office of the US Trustee
1100 Commerce Street, Rm 976
Dallas, TX 75242


Office US Attorney
801 Cherry St, Ste 1700
Burnett Plaza Unit 4
Ft Worth TX 76102-6882


Terence Boyd
1870 South John King Blvd.
Rockwall, TX 75032